## GILBREATH v. STATE.
### No. 19027.

Court of Criminal Appeals of Texas.

May 26, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Misdemeanor theft is the offense; penalty assessed at a fine of $25 and confinement in the county jail for ten days.

The complaint and information appear regular. The record is before us without statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.